UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MATTHEW TRAVIS PALACIOS, by the Administratrix of his Estate, YOLANDA NIEVES,<br><br>                              Plaintiffs,<br>            -v-<br><br>LUC VU and D&A CONTRACTING, LLC,<br><br>                              Defendants. | 20 Civ. 2985 (PAE)<br><br>ORDER |

PAUL A. ENGELMAYER, District Judge:

    In light of the extension of time to submit pre-motion letters, Dkt. 25, the Court reschedules the case management conference presently scheduled for December 14, 2020 at 2:30 p.m. for February 22, 2021 at 2:00 p.m.

    SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: December 9, 2020
       New York, New York