UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

MATTHEW TRAVIS PALACIOS, by the Administratrix of his Estate, YOLANDA NIEVES,

                          Plaintiffs,

-v-

LUC VU and D&A CONTRACTING, LLC,

                          Defendants.

20 Civ. 2985 (PAE)

ORDER

------------------------------------------------------------

PAUL A. ENGELMAYER, District Judge:

    A case management conference is presently scheduled for Monday, February 22, 2021 at 2:00 p.m. On January 4, 2021, the parties informed the Court that the case had been resolved in private mediation and sought from the Court approval of the settlement in lieu of the required approval from the New York Surrogate's Court. Dkt. 27. The Court, however, was unable to assure the parties that its approval would moot the requirement of Surrogate's Court approval. Dkt. 28.

    The parties are directed to inform the Court—by letter due at 5 p.m. today, February 19, 2021—whether Surrogate's Court approval for the settlement has yet been obtained, such that the case may be dismissed and the case management conference on February 22 removed from the calendar.

    SO ORDERED.

                                                    *Paul A. Engelmayer*
                                                    _____
                                                    PAUL A. ENGELMAYER
                                                    United States District Judge

Dated: February 19, 2021
       New York, New York