UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MATTHEW TRAVIS PALACIOS, by the
Administratrix of his Estate, YOLANDA NIEVES,

Plaintiff,

-*against*-

LUC VU and D&A CONTRACTING, LLC.,
Defendants.
-----------------------------------------------------------------X

Case No.: 1:20-cv-02985

**ORDER**

It has been reported to this Court that the parties have reached a settlement agreement;

**NOW**, it is hereby **ORDERED THAT** the settlement of this matter is hereby approved and the parties are relieved of obtaining approval from the Bronx County Surrogate's Court to settle and compromise this matter as this Court is of competent jurisdiction to approve the settlement; *and*

It is **FURTHER ORDERED THAT** Plaintiff, Yolanda Nieves, by her attorneys, is permitted to collect the proceeds of this settlement from Defendants and/or Defendants' representatives and Defendants are directed to forward the settlement proceeds directly to Plaintiff's counsel within 21 days of this Order, and the parties are relieved of obtaining approval from the Bronx County Surrogate's Court to distribute and collect the proceeds of the settlement; *and*

It is **FURTHER ORDERED THAT** Plaintiff's counsel is required to obtain confirmation from Medicaid and the New York Department of Social Services, confirming that they have no liens against the proceeds of this lawsuit and provide confirmation to defense counsel within a reasonable time after receiving said confirmation. If Medicaid and/or the New York Department of Social Services does assert any liens, the plaintiff's counsel agrees to satisfy said liens immediately from the settlement funds and provide confirmation of satisfaction to defense counsel; *and*

it is hereby **FURTHER ORDERED THAT** once the distribution and collection of the settlement proceeds is completed, the parties shall promptly and jointly notify this Court for purposes of issuing an order of termination.

Dated: New York, New York
March 17, 2023

*Paul A. Engelmayer*
Honorable Paul A. Engelmayer
United States District Judge